IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

HL KLEMOVE CORP.,
    Plaintiff,

v.                         Civil Action No. 2:23-cv-647 (EWH)

FORAS TECHNOLOGIES, LTD.,
    Defendant.

### FINAL ORDER

This matter is before the Court on the parties' Joint Stipulation of Dismissal (ECF No. 26), filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The Court acknowledges that all claims and counterclaims asserted by Plaintiff and Defendant in this action are dismissed, with each party to bear its own attorneys' fees, costs of court, and expenses. The Court DIRECTS the Clerk to close the case.

The Clerk is directed to send an electronic copy of this Order to all counsel of record and close this case.

It is SO ORDERED.

                                          /s/
                                    Elizabeth W. Hanes
                                    United States District Judge

Norfolk, Virginia
Date: May 8, 2024